# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

    **Debtor:** NICHOLAS N. & DESSIE M. NINOSKY
    **Case Number:** 17-70309-JAD    **Chapter:** 13
    **Date / Time / Room:** THURSDAY, NOVEMBER 02, 2017 03:30 PM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
11/3/17 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

    #19 - Final Confirmation of Plan Dated 5/30/2017 (NFC)
    [Mt to Dismiss by Debtor set for 11/17/17 at 10:00 am Crtrm D]
    R / M #: 19 / 0

**Appearances:**

    Debtor: *Freitag*
    Trustee: Winnecour / ~~Bedford~~ / Pail / Katz
    Creditor:

**Proceedings:**

*Continued to hg on Motion to dismiss*

    Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
        Objections are due on or before _____.
        A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: **11-17-17** at **10:00**.
10. _____ Other:

10/27/201' 9:06:36AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Nicholas N. Ninosky
Dessie M. Ninosky
    Debtors

Case No. 17-70309-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: jhel     Page 1 of 1     Date Rcvd: Nov 03, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2017.
db/jdb        +Nicholas N. Ninosky,    Dessie M. Ninosky,    2653 Punkin Ridge Road,    La Jose, PA 15753-7316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2017 at the address(es) listed below:
        James A. Prostko    on behalf of Creditor    Fulton Bank, N.A. pawb@fedphe.com,
         james.prostko@phelanhallinan.com
        Joshua I. Goldman    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Nicholas N. Ninosky ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Dessie M. Ninosky ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                     TOTAL: 7