# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-70309-JAD |
| Nicholas N. Ninosky and | : | |
| Dessie M. Ninosky, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| Nicholas N. Ninosky and | : | RELATED TO DOC. NO. 57, 58 |
| Dessie M. Ninosky, | : | |
| Movants | : | HEARING DATE AND TIME : |
| | : | November 17, 2017 at 10 :00 AM |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee/ | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO DISMISS CHAPTER 13 CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Chapter 13 Case, filed on October 24, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 10, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>November 13, 2017</u>     By: /s/ Paul W. McElrath
                                                                        Paul W. McElrath, Esquire
                                                                        Attorney for Debtor/Movant
                                                                        PA I.D. #86220
                                                                        1641 Saw Mill Run Blvd.
                                                                        Pittsburgh, PA 15210
                                                                        (412) 765-3606