# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **DEFAULT O/E JAD** |
| | : | |
| NICHOLAS N. NINOSKY AND | : | Bankruptcy No. <u>17-70309JAD</u> |
| DESSIE M. NINOSKY, | : | |
| | : | Doc. No. <u>57</u> |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

AND NOW, this <u>13th</u> day of **November, 2017, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed.  Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c)  for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated.  So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

FILED
11/13/17 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

00020731

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-70309-JAD
Nicholas N. Ninosky                                                 Chapter 13
Dessie M. Ninosky
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: amaz                  Page 1 of 2                  Date Rcvd: Nov 13, 2017
                              Form ID: pdf900             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db/jdb       +Nicholas N. Ninosky,    Dessie M. Ninosky,    2653 Punkin Ridge Road,    La Jose, PA 15753-7316
cr           +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste 3000,    Southfield, MI 48034-8331
cr           +Team Funding Solutions,    Delta Management Group, Inc.,    2499 Rice Street, Ste 245,
               Saint Paul, MN 55113-3700
14406026     +Bud’s Electric Service,    207 Power Avenue,    Clearfield, PA 16830-2298
14636893     +Bureau Of Labor Law Compliance,    1130 12th Avenue, Suite 200,    Altoona, PA 16601-3486
14406027     +Clearfield County Real Estate Tax,    230 East Market Street,    Suite 121,
               Clearfield, PA 16830-2448
14406669     +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14406028     +Credit Acceptance,    Po Box 551888,   Detroit, MI 48255-1888
14636896     +Delta Management Group,    2499 Rice Street,    Suite 245,    Saint Paul, MN 55113-3700
14406030     +Delta Managment,    2499 Rice Street,    Suite 245,    Saint Paul, MN 55113-3700
14646571    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,     PO Box 62180,
               Colorado Springs, CO 80962)
14406032     +Ford Cred,   Po Box Box 220564,    Pittsburgh, PA 15257-2564
14406033     +Ford Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
14636900     +Fulton Bank,    One Penn Square, P.O. Box 48,    Lancaster, PA 17608-0048
14406034     +Herb Grove,    708 Brush Mountain Road,    Spring Mills, PA 16875-8716
14636902     +John Paul Adams,    215 Mabel Street,    Reynoldsville, PA 15851-1217
14636905     +Pennywren,    2149 Beaver Valley Road,    Flinton, PA 16640-9103
14708820     +Samuel J. Lansberry, Inc.,    P.O. Box 58,    Woodland, PA 16881-0058
14406036     +Samuel L. Lansberry,    PO Box 58,    Woodland, PA 16881-0058
14406037    #+Scott Stoudnour,    5352 Portage Street,    Lilly, PA 15938-1067
14636909     +TAFS,    PO Box 872632,    Kansas City, MO 64187-2632
14636908     +TAFS,    15910 S. Highway 169,    Olathe, KS 66062-3800
14406039     +TEAM Funding Solutions,    3409 Executive Center Dr., Ste.120,,    Austin, TX 78731-1619
14406038     +TEAM Funding Solutions,    5351 Thunder Creek Road,    Austin, TX 78759-4021
14406029     +Team Funding Solutions,    c/o Delta Management Group, Inc.,    2499 Rice Street, Suite 245,
               Saint Paul, MN 55113-3700
14406040     +Wagner Tarps,    244 Industrial Park Road,    Brookville, PA 15825-7234
14708822     +Woodland Equipment and Supply Co.,    c/o Samuel J. Lansberry, Inc.,    P.O. Box 58,
               Woodland, PA 16881-0058
14406041     +Zacherl Motor Truck Sales, Inc.,    795 Greenville Pike,    Clarion, PA 16214-6131
14636911     +Zakerl Motor Truck Sales,    PO Box 686,    Clarion, PA 16214-0686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2017 02:27:56
               Verizon by American InfoSource LP as agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
14406031     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 14 2017 02:21:41      Ditech,   PO Box 94710,
               Palatine, IL 60094-4710
14661614      E-mail/Text: bankruptcy.bnc@ditech.com Nov 14 2017 02:21:41      Ditech Financial LLC,
               PO Box 6154,    Rapid City, SD 57709-6154
14406035      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2017 02:21:49      PA Department of Revenue,
               Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14636904      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2017 02:21:49      PA Department of Revenue,
               Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14406944     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 02:20:47
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14419158      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2017 02:21:49
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
14673095      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2017 02:27:48      Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Fulton Bank, N.A.
14691412        William G. Satterlee & Sons, Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14636892*      +Bud’s Electric Service,    207 Power Avenue,    Clearfield, PA 16830-2298
14636894*      +Clearfield County Real Estate Tax,    230 East Market Street,    Suite 121,
                 Clearfield, PA 16830-2448
14636895*      +Credit Acceptance,    Po Box 551888,    Detroit, MI 48255-1888
14636897*      +Ditech,   PO Box 94710,    Palatine, IL 60094-4710
14636898*      +Ford Cred,    Po Box Box 220564,    Pittsburgh, PA 15257-2564
14636899*      +Ford Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
14636901*      +Herb Grove,    708 Brush Mountain Road,    Spring Mills, PA 16875-8716
14636903*       PA Department of Revenue,    Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14636906*      +Samuel L. Lansberry,    PO Box 58,    Woodland, PA 16881-0058
14636907*      +Scott Stoudnour,    5352 Portage Street,    Lilly, PA 15938-1067
```

```
District/off: 0315-7           User: amaz                  Page 2 of 2                  Date Rcvd: Nov 13, 2017
                               Form ID: pdf900             Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****
14636910*        +Wagner Tarps,   244 Industrial Park Road,   Brookville, PA 15825-7234
                                                                                         TOTALS: 3, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
```
              James A. Prostko    on behalf of Creditor   Fulton Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Nicholas N. Ninosky ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Dessie M. Ninosky ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```