**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   NICHOLAS N. NINOSKY
   DESSIE M. NINOSKY
       Debtor(s)

Case No.:17-70309 JAD

   Ronda J. Winnecour
       Movant
      vs.
   No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/19/2017 and confirmed on 09/21/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,138.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,138.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 803.66 | |
|   Trustee Fee | 356.75 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,160.41 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DITECH FINANCIAL LLC F/K/A GREEN TREI<br>Acct: 0900 | 0.00 | 2,895.79 | 0.00 | 2,895.79 |
| DITECH FINANCIAL LLC F/K/A GREEN TREI<br>Acct: 0900 | 993.36 | 0.00 | 0.00 | 0.00 |
| CLEARFIELD COUNTY TAX CLM BUR<br>Acct: 1367 | 5,761.00 | 0.00 | 0.00 | 0.00 |
| HERB GROVE<br>Acct: | 2,500.00 | 195.49 | 61.97 | 257.46 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 4710 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP*<br>Acct: 3254 | 11,319.08 | 707.67 | 462.20 | 1,169.87 |
| DELTA MANAGEMENT GROUP<br>Acct: | 23,000.00 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO(*)<br>Acct: 0381 | 24,000.00 | 1,876.96 | 595.00 | 2,471.96 |
| SAMUEL J LANDSBERRY INC<br>Acct: 1090 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | WOODLAND EQUIPMENT AND SUPPLY CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4022 | | | | |
| | SAMUEL J LANDSBERRY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1092 | | | | |
| | SCOTT STOUDNOUR | 2,500.00 | 195.49 | 61.97 | 257.46 |
| | Acct: | | | | |
| | FORD MOTOR CREDIT CO(*) | 24,191.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 9627 | | | | |
| | | | | | 7,052.54 |
| Priority | | | | | |
| | PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NICHOLAS N. NINOSKY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PAUL W MCELRATH JR ESQ | 3,500.00 | 803.66 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOHN PAUL ADAMS | 1,842.54 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 2,686.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 4710 | | | | |
| | FULTON BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEARNS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TEAM FUNDING SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOHN PAUL ADAMS | 2,997.69 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TEAM FUNDING SOLUTIONS | 22,430.00 | 925.05 | 0.00 | 925.05 |
| | Acct: 1041 | | | | |
| | JOHN PAUL ADAMS | 2,803.15 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 925.05 |
| Unsecured | | | | | |
| | BUDS ELECTRIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BUREAU OF LABOR LAW COMPLIANCE PA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2017 | | | | |
| | FULTON BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 1,223.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 4710 | | | | |
| | TAFS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WAGNER TARPS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ZACHERL MOTOR TRUCK SALES INC | 3,019.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 0324 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR V | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WILLIAM G SATTERLEE & SONS INC | 25,952.29 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM G SATTERLEE & SONS INC | 7,377.75 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WOODLAND EQUIPMENT AND SUPPLY CO | 3,432.92 | 0.00 | 0.00 | 0.00 |

| 17-70309 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured
   Acct: 4022
   SAMUEL J LANDSBERRY INC              6,529.03        0.00        0.00        0.00
      Acct: 1090
   SAMUEL J LANDSBERRY INC              4,279.03        0.00        0.00        0.00
      Acct: 1092
   SYNCHRONY BANK                           0.00        0.00        0.00        0.00
      Acct: 2114
   FORD MOTOR CREDIT CO(*)                  0.00        0.00        0.00        0.00
      Acct:
   PENNYWRENS                           1,052.38        0.00        0.00        0.00
      Acct:
   TAFS                                     0.00        0.00        0.00        0.00
      Acct:
   PARRIS UNIFORM SERVICES                  0.00        0.00        0.00        0.00
      Acct:

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                      7,977.59

   TOTAL CLAIMED
   PRIORITY            32,759.65
   SECURED             94,264.98
   UNSECURED           52.866.09


Date: 12/13/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com